## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

SUSAN and PATRICK STOLL, MARY and )
CHARLES BOWLES, individually and on )
behalf of all persons similarly situated, )
  )
         Plaintiffs, )
  )
v. )     Case No. 1:09 cv 0364 TWP-DML
  )
KRAFT FOODS GLOBAL, INC., )
  )
         Defendant. )

## DEFENDANT'S MOTION TO PARTIALLY WITHDRAW SUMMARY JUDGMENT MOTION AND SUPPORTING BRIEFS

Comes now Defendant, Kraft Foods Global, Inc. ("Kraft Foods"), by counsel, and respectfully files its Motion to Partially Withdraw its Motion for Summary Judgment (Docket Number 129), Memorandum of Law in Support of Motion for Summary Judgment (Docket Number 130), and Reply in Support of Motion for Summary Judgment (Docket Number 143) filed in this action. In support of this Motion, Kraft Foods shows the Court as follows:

1.     Kraft Foods filed a Motion for Summary Judgment (Docket Number 129) and Memorandum of Law in Support of Motion for Summary Judgment (Docket Number 130) on or about November 12, 2010.

2.     Kraft Foods filed a Reply in Support of Defendant's Motion for Summary Judgment (Docket Number 143) on or about December 24, 2010.

3.     Kraft Foods seeks to withdraw portions of its Motion for Summary Judgment and supporting pleadings.

4.      More specifically, Kraft Foods seeks to withdraw all portions of its Motion for Summary Judgment and supporting pleadings except with respect to Kraft Foods' argument relating to Count IV of plaintiffs' Amended Complaint which seeks punitive damages from Kraft Foods.  It continues to be Kraft Foods' position that there are not facts which would support the imposition of punitive damages as a result of (i) the actions of P.R. Mallory between the years 1957 and 1978 and (ii) the actions of Kraft Foods in investigating and remediating environmental conditions at the RMC Site and Kraft Foods contends that it is entitled to summary judgment on Count IV of plaintiffs' Amended Complaint.

WHEREFORE, Defendant, Kraft Foods Global, Inc., by counsel, respectfully requests the Court to grant this Motion and enter the Order attached hereto as Exhibit A to allow Kraft Foods to withdraw the Motion for Summary Judgment (Docket Number 129), Memorandum of Law in Support of Motion for Summary Judgment (Docket Number 130), and Reply in Support of Motion for Summary Judgment (Docket Number 143), except as those pleadings relate to Count IV of plaintiffs' Amended Complaint and for all other appropriate relief.

Respectfully submitted,

**KRAFT FOODS GLOBAL, INC.**
By Counsel

   /s/Steven M. Siros
Philip L. Harris
Steven M. Siros, #06226114
JENNER & BLOCK
353 N. Clark St.
Chicago, IL 60654
Telephone:  (312) 923-2675

   /s/Ellen M. Townsend
Ellen M. Townsend, #20279-49
HACKMAN HULETT & CRACRAFT, LLP
111 Monument Circle, Suite 3500

2

Indianapolis, IN  46204-2030
Telephone:  (317) 636-5401

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of January, 2011, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system:

Philip L. Harris                                    pharris@jenner.com
Steven M. Siros                                    ssiros@jenner.com
Jill M. Hutchison                                  jhutchison@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456

Cory Brundage                                      cb@brundagelaw.com
CORY BRUNDAGE, LLC
2500 One American Square
Indianapolis, IN 46282

Shawn M. Collins                                   smc@collinslaw.com
Edward J. Manzke                                   ejmanzke@collinslaw.com
Aaron W. Rapier                                    arapier@collinslaw.com
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563

Norman B. Berger                                   nberger@vblhc.com
Michael D. Hayes                                   mhayes@vblhc.com
VARGA BERGER LEDSKY HAYES & CASEY
A Professional Corporation
224 South Michigan Avenue, Suite 350
Chicago, Illinois 60604


    /s/Steven M. Siros
Philip L. Harris
Steven M. Siros, #06226114
JENNER & BLOCK
353 N. Clark St.
Chicago, IL 60654
Telephone:  (312) 923-2675

4