Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **SUSAN and PATRICK STOLL, MARY**<br>**and CHARLES BOWLES, individually**<br>**and on behalf of all persons similarly**<br>**situated,** | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| | )    **CAUSE NO. 1:09-cv-0364 TWP-DML** |
| **vs.** | )<br>) |
| **KRAFT FOODS GLOBAL, INC.,** | )<br>) |
| **Defendant.** | ) |

**ORDER GRANTING MOTION TO PARTIALLY WITHDRAW MOTION FOR**
**SUMMARY JUDGMENT AND SUPPORTING PLEADINGS**

Defendant, Kraft Foods Global, Inc., by counsel, files its Motion to Partially Withdraw

Motion for Summary Judgment (Docket Number 129), Memorandum of Law in Support of

Motion for Summary Judgment (Docket Number 130), and Reply in Support of Motion for

Summary Judgment (Docket Number 143). The Court, being duly advised in the premises,

hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that

Defendant's Motion for Summary Judgment (Docket Number 129), Memorandum of Law in

Support of Motion for Summary Judgment (Docket Number 130), and Reply in Support of

Motion for Summary Judgment (Docket Number 143) are hereby withdrawn except for those

portions of the pleadings that relate to Count IV in Plaintiffs' Amended Complaint.

DATED this _____ day of _____, 2011.

 

                                          _____
                                          United States District Judge
                                          Southern District of Indiana

Distribution to:

Ellen Morrison Townsend, #20279-49                    etownsend@hhclaw.com
HACKMAN HULETT & CRACRAFT, LLP


Philip L. Harris                                      pharris@jenner.com
Steven M. Siros                                       ssiros@jenner.com
JENNER & BLOCK LLP


Cory Brundage                                         cb@brundagelaw.com
CORY BRUNDAGE, LLC


Shawn M. Collins                                      smc@collinslaw.com
Edward J. Manzke                                      ejmanzke@collinslaw.com
Aaron W. Rapier                                       arapier@collinslaw.com
THE COLLINS LAW FIRM, P.C.


Norman B. Berger                                      nberger@vblhc.com
Michael D. Hayes                                      mhayes@vblhc.com
VARGA BERGER LEDSKY HAYES & CASEY