UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SUSAN and PATRICK STOLL, MARY and CHARLES BOWLES, individually and on behalf of all persons similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | Case No. 1:09 cv 0364 TWP-DML |
| | ) | |
| KRAFT FOODS GLOBAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT KRAFT FOODS GLOBAL, INC.'S MOTION
FOR LEAVE TO AMEND RESPONSES TO PLAINTIFFS'
REQUESTS FOR ADMISSIONS**

Defendant Kraft Foods Global, Inc. ("Kraft Foods") submits this Motion for Leave to Amend Responses to Plaintiffs' Requests for Admissions.  In support of this Motion, Kraft Foods states as follows:

1.      The Amended Case Management Plan (Doc. 60) provided that non-expert discovery shall be completed by March 25, 2010.

2.      Plaintiffs issued Requests for Admissions on July 17, 2009, and Defendant Kraft Foods responded to the Requests August 17, 2009.  A true and correct copy of Defendant Kraft Foods Global, Inc.'s Responses to Plaintiffs' Requests for Admissions is attached hereto as Exhibit B.

3.      Following additional discovery and consideration of the issues to be tried in this case, Kraft Foods seeks to amend its response to Plaintiffs' first request for admission, that "Kraft Food Global, Inc. is by operation of law, merger, name change or otherwise the successor-in-interest to P.R. Mallory & Company, Inc., including its Radio Materials Division."

A true and correct copy of Kraft Foods Global, Inc.'s Amended Responses to Plaintiffs'

Requests for Admissions is attached hereto as Exhibit C.

4.      Federal Rule of Civil Procedure 26(e)(1)(A) requires a party who has responded to a request for admission to supplement or correct its response if the party learns that the disclosure or response is incomplete or incorrect.

5.      Federal Rule of Civil Procedure Rule 36(b) provides that a court may permit withdrawal or amendment of a response to a request for admission "if it would promote the presentation of the merits of the action and if the court is not persuaded that it would prejudice the requesting party in maintaining or defending the action on the merits."

6.      The proposed amendment would promote the presentation of the merits of the action by removing a complex and potentially confusing issue from contention, better defining the issues that remain to be tried, and allowing the parties to streamline the presentation of evidence to address the issues that are at the heart of this case.  Plaintiffs would not be prejudiced in maintaining this action; to the contrary, the proposed amendment removes from contention an issue on which plaintiffs have the burden of proof.

7.      Accordingly, Kraft Foods seeks leave to serve the Amended Responses to Plaintiffs' Requests for Admissions attached hereto as Exhibit C.

For the reasons set forth above, Kraft Foods respectfully requests that the Court issue the Order attached hereto as Exhibit A, granting Kraft Foods leave to serve the Amended Responses to Plaintiffs' Requests for Admissions attached hereto as Exhibit C.

Dated: January 18, 2011

Respectfully submitted,

**KRAFT FOODS GLOBAL, INC.**


By:_____/s/ Steven M. Siros_____
                One of its attorneys

Philip L. Harris
Steven M. Siros, #06226114
Jill M. Hutchison
JENNER & BLOCK
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350

Ellen Morrison Townsend, #20279-49
HACKMAN HULETT & CRACRAFT, LLP
111 Monument Circle, Suite 3500
Indianapolis, IN 46204-2030
Telephone: (317) 636-5401

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2011, a copy of Defendant Kraft Foods Global, Inc.'s Motion for Leave to Amend Responses to Plaintiffs' Requests for Admissions was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Cory Brundage                                      cb@brundagelaw.com
Cory Brundage, LLC
2500 One American Square
Indianapolis, IN 46282

Shawn M. Collins                                   smc@collinslaw.com
Edward J. Manzke                                   ejmanzke@collinslaw.com
Aaron W. Rapier                                    arapier@collinslaw.com
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563

Norman B. Berger                                   nberger@vblhc.com
Michael D. Hayes                                   mhayes@vblhc.com
VARGA BERGER LEDSKY
 HAYES & CASEY
A Professional Corporation
224 South Michigan Avenue, Suite 350
Chicago, Illinois 60604


/s/ Steven M. Siros_____
Philip L. Harris
Steven M. Siros, #06226114
Jill M. Hutchison

Attorneys for Defendant Kraft Foods Global, Inc.

JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350