Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SUSAN and PATRICK STOLL, MARY and CHARLES BOWLES, individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:09 cv 0364 TWP-DML |
| KRAFT FOODS GLOBAL, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

Defendant, Kraft Foods Global, Inc., by its counsel, filed herein its Motion For Leave to Amend Responses to Plaintiffs' Requests for Admissions .  And the Court, being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that Defendants Kraft Foods Global, Inc. may serve on the plaintiffs the Amended Responses to Plaintiffs' Requests for Admissions that was attached to the aforementioned Motion as Exhibit C.

DATED this ____ day of _____, 2011

_____
United States District Judge
Southern District of Indiana